## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

JOSE JAVIER HIDALGO NUNEZ        CASE NO.  3:25-CV-01771 SEC P

VERSUS        JUDGE TERRY A. DOUGHTY

PAM BONDI ET AL        MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 21],

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 17], and the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Jose Javier Hidalgo Nunez, is **DISMISSED WITHOUT PREJUDICE** to his right to reassert a challenge under *Zadvydas* once he has been detained for sufficient time.

MONROE, LOUISIANA, this 1st day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1